UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE PILLOW,

    Plaintiff,

Case No. 20-CV-11360

vs.

HON. GEORGE CARAM STEEH

JOSHUA HENRY, et al,

    Defendants.
_____/

ORDER DENYING DEFENDANT HENRY'S
MOTION TO DISMISS AS MOOT [ECF No. 6]

    This matter is before the court on defendant Joshua Henry's motion to dismiss under Fed R. Civ. P. 12(b)(6) which was filed on June 18, 2020 [ECF No. 6]. Plaintiff Lawrence Pillow filed an amended complaint on June 30, 2020, in which he clarified his claims and added two defendants [ECF No. 10].

    Federal Rule of Civil Procedure 15(a)(1)(B) provides that a plaintiff may amend his or her complaint as a matter of course and without leave of court within twenty-one days after service of a motion under Rule 12(b). Given that plaintiff filed his amended complaint within twenty-one days after

Henry's filing, the amended complaint supersedes the previous complaint and controls the case.  *Calhoun v. Bergh*, 769 F.3d 409, 410 (6th Cir. 2014).   Therefore, the court denies defendant Henry's motion to dismiss as moot.

So ordered.

Dated:   July 16, 2020

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 16, 2020, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk

---

2